UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Geraldine M. McGuire, Joseph J. McGuire, | |
| Plaintiffs, | Civil No. 08-2228 (RHK/RLE) |
| vs. | **DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |
| Wyeth, Inc., Wyeth Pharmaceuticals, Inc., Pfizer, Inc., Pharmacia & Upjohn Company, LLC, a/k/a Pharmacia & Upjohn LLC, a/k/a Pharmacia & Upjohn Company, Inc., Greenstone, Ltd., | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 16, 2008

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge